1  McGREGOR W. SCOTT
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5
   Attorneys for United States of America
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:19mc40 TLN KJN PS

12          Plaintiff,                  **STIPULATION FOR EXTENSION AND
                                        ORDER**
13      v.

14 MISCELLANEOUS FIREARMS AND
   ACCESSORIES,
15
            Defendant.
16

17 CARL EDWARD MEYER JR.,

18          Claimant.

19

20      Pursuant to the Court's February 28, 2019 minute order (ECF 12), the United States of America

21 and claimant Carl Edward Meyer Jr. hereby stipulate and agree as follows:

22                              **Recitals**

23      A.      On January 2, 2019, claimant filed a Motion for Return of Property ("Motion") in which

24 he seeks return of the firearms and accessories identified and listed in the table below (collectively, the

25 "Property").

26 ///

27 ///

28 ///

| Qty | Item Description |
|---|---|
| 1 | Underwood 1-44 M1 Carbine Rifle, US Carbine 30MI w/scope and black gun case (VIN/Serial No. 2673265) |
| 1 | Ismash Russian American Armory Co. Saiga 536 Shotgun w/ magazine and black plastic case (VIN/Serial No. H08443526) |
| 1 | Bushmaster 223 Rifle w/ black nylon gun case (VIN/Serial No. BFI611709) |
| 1 | Saiga AK47 Rifle w/ black nylon gun case and three 30-round 7.62 cal magazines |
| 1 | 100-Round 223 caliber drum |
| 1 | 20-Round 12 gauge drum |
| 2 | 75-Round 7.62 caliber drums |
| 4 | 30-Round 223 caliber magazines |
| 2 | 14-Round 45 caliber magazines |

*See* ECF 1, ¶ 5; ECF 1-7 at 2.

B.      The United States argued in opposition, among other things, that the proper venue for the Motion is the Eastern District of California, where the property was seized, not the Northern District of Ohio.  ECF 6; Fed. R. Crim. P. 41(g).  Claimant opposed transfer of the case to this District.  ECF 7.

C.      On February 27, 2019, District Judge Pearson of the Northern District of Ohio ordered that the case be transferred to this District pursuant to 28 U.S.C. § 1406.  ECF 9, 10.

D.      On February 28, 2019, this Court issued a minute order requiring the United States to file a response to the Motion no later than March 14, 2019.  ECF 12.  If the United States does not oppose the Motion, the order requires the parties to confer and submit a stipulation and proposed order for the Court's consideration.  *Id*.

E.      The Property currently is located and being held by the Federal Bureau of Investigation (FBI) in Cleveland, Ohio.

F.      The United States does not oppose transfer of the Property from the FBI to a licensed federal firearms licensee for sale as claimant has requested in the Motion.

///

///

1    G.    Claimant has not yet identified a specific federal firearms licensee to whom the Property

2  may be transferred for disposition, and he requests an extension of the March 14, 2019 deadline to

3  submit a proposed stipulation and order to resolve the Motion to allow time for him to accomplish this.

4                                                      **Agreement**

5         Based on the foregoing, the parties stipulate and agree to request that the Court extend the

6  deadline for the parties to submit a stipulation and order regarding the Motion to April 15, 2019.

7                                                      Respectfully submitted,

8  DATED:  March 12, 2019                             McGREGOR W. SCOTT
                                                       United States Attorney
9
                                                By:    */s/ Lynn Trinka Ernce*
10                                                     LYNN TRINKA ERNCE
                                                       Assistant United States Attorney
11

12

13  DATED:  March 12, 2019                            /s/ Carl E. Meyer Jr. (as authorized 3/12/19)
                                                       CARL E. MEYER JR.
14                                                     Claimant

15

16                                                    **ORDER**

17  **IT IS SO ORDERED.**

18  Dated:  March 15, 2019

19

20  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28