1  McGREGOR W. SCOTT
   United States Attorney
2  LYNN TRINKA ERNCE
   Assistant United States Attorney
3  501 I Street Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2720
   Facsimile:  (916) 554-2900
5
6  Attorneys for United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO.  2:19mc40 TLN KJN PS

12            Plaintiff,              **STIPULATION AND ORDER REGARDING
                                      CLAIMANT'S MOTION FOR RETURN OF
13       v.                           PROPERTY**

14 MISCELLANEOUS FIREARMS AND
   ACCESSORIES,
15
            Defendant.
16 _____

17 CARL EDWARD MEYER JR.,

18            Claimant.

19

20       Pursuant to the Court's February 28, 2019 minute order (ECF 12), the United States of America

21 and claimant Carl Edward Meyer Jr. hereby stipulate and agree as follows:

22                        **Recitals**

23       A.       On January 2, 2019, claimant filed a Motion for Return of Property ("Motion") in which

24 he seeks return of the firearms and accessories identified and listed in the table below (collectively, the

25 "Property").

26 ///

27 ///

28 ///

| Qty | Item Description |
|---|---|
| 1 | Underwood 1-44 M1 Carbine Rifle, US Carbine 30MI w/scope and black gun case (VIN/Serial No. 2673265) |
| 1 | Ismash Russian American Armory Co. Saiga 536 Shotgun w/ magazine and black plastic case (VIN/Serial No. H08443526) |
| 1 | Bushmaster 223 Rifle w/ black nylon gun case (VIN/Serial No. BFI611709) |
| 1 | Saiga AK47 Rifle w/ black nylon gun case and three 30-round 7.62 cal magazines |
| 1 | 100-Round 223 caliber drum |
| 1 | 20-Round 12 gauge drum |
| 2 | 75-Round 7.62 caliber drums |
| 4 | 30-Round 223 caliber magazines |
| 2 | 14-Round 45 caliber magazines |

*See* ECF 1, ¶ 5; ECF 1-7 at 2.

B. The United States argued in opposition, among other things, that the proper venue for the Motion is the Eastern District of California, where the property was seized, not the Northern District of Ohio. ECF 6; Fed. R. Crim. P. 41(g). Claimant opposed transfer of the case to this District. ECF 7.

C. On February 27, 2019, District Judge Pearson of the Northern District of Ohio ordered that the case be transferred to this District pursuant to 28 U.S.C. § 1406. ECF 9, 10.

D. On February 28, 2019, this Court issued a minute order requiring the United States to file a response to the Motion no later than March 14, 2019. ECF 12. If the United States does not oppose the Motion, the order requires the parties to confer and submit a stipulation and proposed order for the Court's consideration. *Id*.

E. On March 12, 2019, the parties filed a stipulation notifying the Court that the United States did not oppose the relief sought and asking that the Court give the parties until April 15, 2019 to file a further stipulation and order to resolve the Motion. ECF 13.

F. The Court granted the parties an extension to April 15, 2019. ECF 14.

G. The Property currently is located and being held by the Federal Bureau of Investigation (FBI) in Cleveland, Ohio.

H.     Although Claimant initially requested that the Property be transferred to a federal firearms licensee who would sell the property, Claimant instead has arranged for a federal firearms licensee to purchase the Property from Claimant for $1,900.00.  The United States does not oppose transfer of the Property from the FBI to the federal firearms licensee upon receiving proof of the sale.

I.     The federal firearms licensee to whom claimant requests the Property be transferred is: Parma Armory Firearms LLC, 5301 Hauserman Road, Parma, Ohio 44130, telephone (216) 242-6717, email parmaarmory@gmail.com, Federal Firearms License No. 4-34-035-01-9J-05240 (expiration Sep. 1, 2019).

## Agreement

Based on the foregoing, the parties stipulate and agree to request that the Court:

1.     Grant the Motion (ECF No. 1);

2.     Order that the FBI shall verify that the license to the federal firearms licensee identified in paragraph I above is current and valid, and then transfer the Property to that licensee after receiving written confirmation from Claimant that Parma Armory Firearms LLC has paid Claimant in full in the amount of $1,900.00; and

3.     Order that each party shall bear his or its own attorney's fees and costs.

Respectfully submitted,

DATED:  March 28, 2019

McGREGOR W. SCOTT
United States Attorney

By:     _/s/ Lynn Trinka Ernce_
LYNN TRINKA ERNCE
Assistant United States Attorney

DATED:  March 28, 2019

_/s/ Carl E. Meyer [Authorized 3/28/2019]_
CARL E. MEYER JR.
Claimant

## ORDER

**IT IS SO ORDERED.**  The Clerk of Court shall administratively close this case.

Dated:  April 2, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE